# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TRUMAN COIN GROSS**                                                       **PLAINTIFF**
ADC #135755

v.                     **CASE NO. 5:18-CV-00309 BSM**

**DANIELS, Sergeant,**
Varner Super Max Unit, ADC; et al.                               **DEFENDANTS**

## ORDER

United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 18] is adopted. Plaintiff Truman Gross may proceed with due process, retaliation, and Interstate Agreement on Detainers Act claims against defendants Daniels, Kelley, Payne, Gibson, Byers, Shipman, Straughn, and Rushing. All other claims are dismissed without prejudice. Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 25th day of March 2019.

                                                                                _____
                                                                                UNITED STATES DISTRICT JUDGE