IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TRUMAN COIN GROSS,**                                                                                     **PLAINTIFF**
ADC #135755

v.                          CASE NO. 5:18-CV-00309 BSM

**DANIELS, Sergeant,**
Varner Super Max Unit, ADC; et al.                                           **DEFENDANTS**

## ORDER

United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 37] is adopted, defendants' motion to dismiss [Doc. No. 31] is denied in part and granted in part. Truman Gross may proceed with his Interstate Agreement on Detainers Act and procedural due process claims regarding the Missouri warrant. All other remaining claims are dismissed without prejudice. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 26th day of June 2019.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE