# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TRUMAN COIN GROSS,**                                                      **PLAINTIFF**
**ADC #135755**

**v.**                  **CASE NO. 5:18-CV-00309 BSM**

**DARREN DANIELS, Sergeant,**
**Varner Super Max Unit, ADC; et al.**                             **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Truman Gross's objections, the recommended disposition [Doc. No. 65] is adopted, and defendants' motion for summary judgment [Doc. No. 51] is granted. Gross's claims against Kelley, Payne, Shipman, Rushing, Daniels, and Byers are dismissed without prejudice, and his Interstate Agreement on Detainers Act and procedural due process claims against Gibson and Straughn are dismissed with prejudice. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 20th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE